FILED
DALLAS COUNTY
1/14/2015 5:05:28 PM
FELICIA PITRE
DISTRICT CLERK

Shelia Bradley

05-15-00070-CV

NO. DC-13-08688

| | | |
|---|---|---|
| MIKE ARMSTRONG | § | IN THE 101ST |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| JAMES M. SUGGS, JR. AND | § | |
| SUGGS LAW FIRM, P.C. | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/16/2015 4:14:32 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MIKE ARMSTRONG, Plaintiff/Appellant, and hereby gives notice of appeal to the Court of Appeals, Fifth District of Texas, Dallas, Texas from the Final Summary Judgment of this Court, signed on December 15, 2014.

Respectfully submitted,

/s/ John D. Nation

John D. Nation
State Bar No. 14819700
4925 Greenville, Suite 200
Dallas, Texas 75206
214-800-5160
214-800-5161 (facsimile)
nationlawfirm@gmail.com

Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this notice of appeal was served on James M. Suggs, Attorney at Law, 800 West Airport Freeway, Suite 600, Irving, Texas 75062, by first-class mail, postage prepaid, on this 14th day of January 2015.

/s/ John D. Nation
John D. Nation